**Dismissal and Opinion Filed July 3, 2013**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01591-CV

### JERRY W. JOHNSON AND GOD'S NEW COMUNITY OPEN DOOR OF HOPE, Appellants
### V.
### CHURCHLOANS.COM, L.L.C. & HERRING BANK, AS TRUSTEE FOR THE BONDHOLDERS OF GOD'S TABERNACLE OF DELIVERANCE, G.V.M., INC., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02720-D**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices FitzGerald and Lewis
Opinion by Justice FitzGerald

The filing fee in this case is past due. By postcard dated November 27, 2012, we notified appellants the $175 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated November 27, 2012 we notified appellants the docketing statement had not been filed in this case. We directed appellants to file the docketing statement within ten days. We cautioned appellants that failure to do so might result in dismissal of this appeal. To date, appellants have not paid the filing fee, filed the docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Kerry P. FitzGerald/

KERRY P. FITZGERALD

JUSTICE

121591F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY W. JOHNSON, GOD'S NEW
COMUNITY OPEN DOOR OF HOPE,
Appellants

No. 05-12-01591-CV     V.

CHURCHLOANS.COM, L.L.C. &
HERRING BANK, AS TRUSTEE FOR
THE BONDHOLDERS OF GOD'S
TABERNACLE OF DELIVERANCE,
G.V.M., INC., Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-02720-D.
Opinion delivered by Justice FitzGerald.
Chief Justice Wright and  Justice Lewis
participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees CHURCHLOANS.COM, L.L.C. & HERRING BANK,
AS TRUSTEE FOR THE BONDHOLDERS OF GOD'S TABERNACLE OF DELIVERANCE,
G.V.M., INC. recover their costs of this appeal from appellants JERRY W. JOHNSON and
GOD'S NEW COMUNITY OPEN DOOR OF HOPE.


Judgment entered July 3, 2013


/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE